Andrew S. Nemeth 015509
**LERNER & ROWE LAW GROUP**
2701 East Camelback Road, Suite 185
Phoenix, Arizona 85016
Phone: (602) 667-7777
Fax: (602) 667-8183
Email: anemeth@larlg.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| NELY LIZYELIN SILVAIN-ACUNA, | Case No.: 2:19-bk-09811-PS |
| Debtor. | **OBJECTION TO APLLICATION FOR PAYMENT OF UNPAID FUNDS (ECF #32)** |

COMES NOW the Debtor by and through counsel undersigned, and hereby objects to the Application for Payment of Unpaid Funds (ECF #32) for the reasons stated below.

1. I am the debtor in the above-captioned Chapter 7 bankruptcy case.

2. Due to an error in my address, I did not receive a refund check issued to me from Chapter 7 Bankruptcy Trustee Jill Ford.

3. After providing my counsel with an updated address, I was contacted by someone allegedly from Adams & Cohen, LLC, requesting that I sign an assignment of my claim and also provide copies of my identification so that it could obtain funds being held by the U.S. Bankruptcy Court for me.

4. I did not sign and return an assignment to Adams & Cohen, LLC, nor did I provide Adams & Cohen, LLC, with proof of my identification.

5. I aver that I will provide my attorney with either an affidavit or sworn declaration regarding the above stated facts for filing as a supplement to this Objection within ten days.

1     6.     I aver that I will work with my legal counsel to recover any funds due to me from
2 the bankruptcy estate.
3     WHEREFORE, I, the Debtor, hereby object to the disbursement of any funds held by the
4 Court to Adams & Cohen, LLC.

6 DATE: May 7, 2021                  LERNER & ROWE LAW GROUP

8                                             By: /s/ ASN 015509
9                                                   Andrew S. Nemeth
                                                  2701 E. Camelback Rd., Ste. 185
                                                  Phoenix, AZ 85016
10                                                  Attorney for Debtor

11 Copy of the foregoing mailed
or sent vie electronic transmission
12 this 7th day of May, 2021, to:

13 Adams & Cohen, LLC
P.O. Box 24048
14 Jacksonville, FL 32241

15 Adams & Cohen, LLC
Attn.: Jairo Camargo, Managing Member
16 841 Prudemtial Dr., Ste. 1200
Jacksonville, FL 32207
17
Lenard H. Gorman, Esq.
18 9100 S. Dadeland Blvd., 10th Fl.
Miami, FL 33156
19
Adams & Cohen, LLC
20 Email: admin@adamscohen.com

21 Jill Ford, Trustee
Email: jford@trustee.phxcoxmail.com
22
United States Trustee
23 Email: USTPRegion14.PX.ECF@USDOJ.GOV

24 / / /

25 / / /

Page 2
Case 2:19-bk-09811-PS    Doc 34    Filed 05/07/21    Entered 05/07/21 16:22:53    Desc
Main Document     Page 2 of 3

1 Nely Silvain-Acuna
  8807 W. Devonshire Ave.
2 Phoenix, AZ 85037

3 By:＿＿/s/ Andrew S. Nemeth 015509＿＿＿＿

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25